**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
LINDA COHEN, as parent and natural guardian
of M.C., et al.,

                Plaintiffs,                19 **CIVIL** 3863 (LTS)(SDA)

    -against-                              **JUDGMENT**

NEW YORK CITY DEPARTMENT OF
EDUCATION,
                Defendant.
------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion and Order dated March 30, 2021, Defendant's cross motion for summary judgment is granted. The December 31, 2018, decision upon SRO Appeal No. 18-127 is hereby affirmed for the foregoing reasons and solely insofar as it determined that Plaintiffs are not entitled to pendency funding for education at iBRAIN for the 2018-2019 school year, without prejudice to any application for reimbursement of the expenses for such year in connection with Plaintiffs due process proceeding challenging the DOE's proposed IEP for that year as failing to provide a FAPE. Plaintiffs' motion for summary judgment is denied; accordingly, the case is closed.

**Dated:** New York, New York
         March 30, 2021

                                                **RUBY J. KRAJICK**
                                                **Clerk of Court**
                     **BY:**    K. Mango
                                                **Deputy Clerk**